1  McGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7



FILED

MAR 19 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

SEALED

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF THE      CASE NO. 18-SW-881-EFB
   | CELLULAR TELEPHONE ASSIGNED CALL
12 | NUMBER 209-808-2182                     [PROPOSED] ORDER
   |                                         DELAYING NOTICE
13 |
   |                                         **UNDER SEAL**
14 |

15

16      The United States has represented that there exists an ongoing investigation into the narcotics

17 trafficking activities of the parties named in the applications and orders signed October 24, 2018, which

18 authorized agents of DEA to ascertain the physical location of the cellular telephone currently assigned

19 the number 209-808-2182 (TARGET CELLPHONE), including but not limited to E-911 Phase II data

20 (GPS and/or other precise location information), for a period of 30 days.

21      The United States has further represented that service of the notice required by Federal Rules of

22 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

23 to the targets.

24      Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

25 be required to serve the notice shall be postponed for 90 days from the date of this Order.

26 ///

27 ///

28 ///

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: 3-19-19

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

2